UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)   Case No. 20-15060 EEB
SUSAN AMINA ELIYA )   Chapter 7
SS# XXX-XX-3797 )
)
)
Debtor(s) )

## STIPULATION TO TURNOVER AND/OR PAYMENT TO TRUSTEE

The Debtor(s) hereby stipulate(s) that the following will be turned over to the Trustee, Jeffrey A. Weinman, within _____ ( * ) days of this date:

**(PLEASE INITIAL)**

__X__ Copies of U.S. AND State tax returns for ~~2020~~ 2019 **and not spend any refunds without Trustee authority. (*within ten days of filing the tax returns)**

_____ Wage statements or stubs which evidence wages earned but unpaid on the filing date, or copies thereof.

_____ Bank account statements or amounts on deposit on the filing date, or copies thereof.

_____ Bank account statements and cancelled checks for the year prior to filing, or copies thereof.

__X__ Other: 1) Paperwork on all real property transfers either for property owned by Debtor or by Debtor's entities for the past 5 years

2) A copy of the Settlement Agreement with Gary Remmert

3) Copy of Operating Agreement for 7373 East Iowa Ave, LLC.

The Debtor(s) agree(s) to pay to the Trustee $_____ which is stipulated to be the value of non-exempt property on the following terms with all checks made payable to "**JEFFREY A. WEINMAN, TRUSTEE**". **TRUSTEE WILL ONLY ACCEPT CHECKS, MONEY ORDERS OR CASHIER'S CHECKS:**

_____
_____
_____
_____
_____
_____

It is further agreed that this Stipulation will be submitted to the United States Bankruptcy Court for entry as a Court Order without further notice and hearing. It is further agreed that Debtor(s) consent to the Bankruptcy Court entering an Order requiring Debtor(s) to turn over the property or information described above. After this Order has been signed, it shall have all the force and effect of law as provided by the Bankruptcy Code, 11 U.S.C. §101, et seq.

If monies are to be turned over as noted above, the Trustee may seek modification of the Order to adjust the amount due.

WHEREFORE, the parties hereto request that the Court enter an Order both approving the within Stipulation, and directing the parties to comply with its terms and conditions.

DATED: 8/21/20

_____
Debtor - Susan A. Eliya

_____
Debtor -

_____
Attorney for Debtor(s)
Approved as to Form

/s/Jeffrey A. Weinman
Jeffrey A. Weinman, Trustee
730 17th Street, Suite 240
Denver, CO 80202
jweinmantrustee@outlook.com