## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-15060-EEB |
| Susan Amina Eliya | Chapter 7 |
| Debtor. | |

## CREDITOR ALOHA CAPITAL, LLC'S MOTION FOR RELIEF FROM STAY

Aloha Capital, LLC ("Aloha"), through undersigned counsel, requests this Court grant it relief from stay and in support thereof states as follows:

1.      Aloha is a creditor in this case.  *See* Claims Register, Claim No. 22, filed November 24, 2020.

2.      Aloha holds a judgment lien against Debtor and an associated entity, JSC Property Group, for which debtor personally guaranteed a business loan.  *See* **Exhibit 1**, Transcript of Judgment recorded June 18, 2019 (attached).

3.      Debtor co-owns real property at 7373 E. Iowa Ave., #1126, Denver, CO 80231 (the "Iowa Avenue Property").  The co-owner is Jeffrey Baker.  The Iowa Avenue Property is not Debtor's primary residence.

4.      Debtor also owns real property at 2 N. Adams St., #705, Denver, CO 80206 (the "Adams Street Property").  The Adams Street Property is Debtor's primary residence.

5.      Aloha seeks relief from the 11 USC § 362(a)(2) automatic stay so that it may enforce its judgment.

6.      If the Court grants this relief from stay, Aloha further requests waiver of the 14-day stay, under Fed.R.B.P. 4001(a)(3), of the effectiveness of the order granting relief.

DATED this 26th day of February, 2021.

MURR SILER & ACCOMAZZO, P.C.

*/s/ Erik D. Cansler*
Erik D. Cansler, Atty. Reg. No. 36227
410 17th Street, Suite 2400
Denver, Colorado 80202
Tel. (303) 534-2277
Fax (303) 534-1313
Email: ecansler@msa.legal
*Attorney for Aloha Capital, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-15060-EEB |
| Susan Amina Eliya | Chapter 7 |
| Debtor. | |

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)

OBJECTION DEADLINE: March 11, 2021

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for Thursday, March 18, 2021, at 1:30 p.m. The hearing will be conducted BY TELEPHONE ONLY and in accordance with the provisions of Local Bankruptcy Rule 4001-1.

The telephone number is 1-888-684-8852
Meeting access code is 3454024 followed by the # sign

IF YOU DESIRE TO OPPOSE THIS MOTION, you are required to file with this Court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy on movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including 1) the timely submission and exchange of witness lists and exhibits, and 2) attendance at the above-scheduled hearing in person or through Counsel, if represented.

IF YOU FAIL TO FILE AN OBJECTION, the scheduled hearing will be **vacated**, and an order granting the relief request may be granted without further notice to you.

Respectfully submitted this 26th day of February, 2020.

MURR SILER & ACCOMAZZO, P.C.

*/s/ Erik D. Cansler*
Erik D. Cansler, Atty. Reg. No. 36227
410 17th Street, Suite 2400
Denver, Colorado 80202
Tel. (303) 534-2277
Fax (303) 534-1313
Email: ecansler@msa.legal
*Attorney for Aloha Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2021, true and correct copies of the ALOHA CAPITAL, LLC MOTION FOR RELIEF FROM STAY and the NOTICE OF MOTION FOR RELIEF FROM STAY, were served upon the following by US Mail and electronic filing via CM/ECF:

Susan Amina Eliya
2 Adams St. #705
Denver, CO 80206

Keith Ray, Esq.
The Ray Law Firm, LLC
6860 S. Yosemite Ct., Suite 2000
Centennial, CO 80112

Jeffrey Baker
191 University Blvd., #227
Denver, CO 80206

Jeffrey A. Weinman, Trustee
730 17th St., Ste. 240
Denver, CO 80202

David M. Serafin, Esq.
501 S. Cherry St., Ste. 1100
Denver, CO 80246

Aaron J. Conrardy, Esq.
2580 W. Main Street, Suite 200
Littleton, CO 80120

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. #12-200
Denver, CO 80294

Springfield at Indian Creek Association
c/o Richard W. Johnston, Esq.
Tobey & Johnston, P.C.
6855 South Havana St., Ste. 275
Centennial, CO 80112

Steve Bein
c/o Christopher J. Conant, Esq.
730 17th St., Ste. 200
Denver, CO 80202

Arthur Lindquist-Kleissler
950 S. Cherry St., Ste. 418
Denver, CO 80246

USA Loans, LLC
4205 W. Irving Park Road, 1st Floor
Chicago, IL 60641

*Duly signed original on file in the offices of*
*MURR SILER & ACCOMAZZO, P.C.*

*/s/ Chad N. Hinton*
Chad N. Hinton, Paralegal