# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Susan Amina Eliya<br><br>Debtor. | Case No. 20-15060-EEB<br><br>Chapter 7 |

## AFFIDAVIT REGARDING COMPLIANCE WITH THE SERVICEMEMBERS' CIVIL RELIEF ACT OF 2003

I, Chad N. Hinton, being of lawful age, first duly sworn, hereby state as follows:

I am over the age of 18 and am an employee of Murr Siler & Accomazzo, P.C.

On February 26, 2021, I performed a search on the Servicemembers Civil Relief Act Centralized Verification Service (the "Service"). The Service possesses no information indicating that the debtor, Susan Amina Eliya, is currently on active duty in any branch of the military, as evident by the attached Status Report. I am without sufficient information to determine if Jeffery Baker, co-owner with debtor of the property at 7373 E. Iowa Ave., #1126, Denver, CO 80231, is in the military service.

Dated: February 26, 2021

_____
Chad N. Hinton

Subscribed and sworn before me this 26th day of February, 2021.

STATE OF COLORADO    )
                     )ss.
COUNTY OF Denver     )

The foregoing instrument was acknowledged before me this 26th day of February, 2021 by Chad N. Hinton.

Witness my hand and official seal.

_____
Notary Public

RACHEL GALLACHER
Notary Public
State of Colorado
Notary ID # 20164016829
My Commission Expires 05-04-2024

Department of Defense Manpower Data Center

Results as of : Feb-26-2021 01:46:37 PM

SCRA 5.7



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-3797 |
| Birth Date: | |
| Last Name: | ELIYA |
| First Name: | SUSAN |
| Middle Name: | AMINA |
| Status As Of: | Feb-26-2021 |
| Certificate ID: | TC8KBXTBXRBSKMN |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955