**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Susan Amina Eliya,** | ) | **Case No. 20-15060 EEB** |
| **SSN: xxx-xx-3797** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## DEBTOR'S OBJECTION TO MOTION TO APPROVE STIPULATION BETWEEN TRUSTEE AND ALOHA CAPITAL, LLC

  Comes now, Law Office of David M. Serafin, counsel for Debtor, Susan Amina Eliya, who respectfully states as follows:

  (1) Debtor disagrees with the Chapter 7 Trustee's position that the Mohr Capital lien is "invalid" because at the time of recording, Green Star Rising was not the owner of Debtor's primary residence located at 2 Adams St., Apt 705, Denver, CO 80206-5721 when the lien was originally filed. Additionally, the Trustee claims that because the Mohr Capital lien was "voluntary" under Section 522(g)(1)(A), Debtor completely loses her statutory homestead exemption or, in the alternative, that the homestead only gets paid after the Mohr Capital lien is paid in full, which contention Debtor disagrees with. Debtor submits that the Mohr Capital lien was not "voluntary" because the owner on record (Debtor Susan Amina Eliya) is not the entity whom the lien was placed against. The lien was placed against Green Star Rising, Inc. The owner of 2 Adams St., Apt 705, Denver, CO 80206-5721 was Susan Amina Eliya when the Mohr Capital lien against Green Star Rising, Inc. was filed and therefore it was not voluntary on the part of Susan Amina Eliya.

  (2) Debtor has requested that the undersigned counsel file the foregoing Objection as she sees no other options to prevent her primary residence from being involuntarily sold.

  WHEREFORE, Debtor respectfully requests that this Court deny the Motion to Approve Stipulation Between Trustee and Aloha Capital, LLC, and for all other just and appropriate relief.

2

Dated this 25th day of June 2021

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., #1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

**CERTIFICATE OF MAILING**

    The undersigned hereby certifies that on the 25th day of June 2021, I served a copy of the foregoing DEBTOR'S OBJECTION TO MOTION TO APPROVE STIPULATION BETWEEN TRUSTEE AND ALOHA CAPITAL, LLC by ECF service to the following:

Wadsworth Garber Warner Conrardy, P.C.
Attys. for Chapter 7 Trustee

    /s/ David M. Serafin