# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SUSAN AMINA ELIYA,<br><br>Debtor. | Case No. 20-15060-EEB<br><br>Chapter 7 |

## ORDER RE: MOTION FOR RELIEF FROM STAY

Aloha Capital, LLC ("Movant") has filed herein a *Motion for Relief from Stay*, docket no. [50] (the "Motion"), to foreclose on and/or take possession and control of property described as follows:

7373 E. Iowa Ave., #1126, Denver, CO 80201 (the "Iowa Avenue Property"); and
2 N. Adams St., #705, Denver, CO 80206 (the "Adams Street Property").

The court, being duly advised, and in accordance with its ruling at the hearing held June 3, 2021, hereby **ORDERS** that the Motion is **GRANTED as to the Iowa Avenue Property**. Movant may proceed to take possession of, by way of the appointment of a receiver or otherwise, and to foreclose on the Iowa Avenue Property.

The Motion will be **HELD IN ABEYANCE as to the Adams Street Property** pending the Court's decision on the *Motion to Approve Stipulation Between Trustee and Aloha Capital, LLC Resolving Motion for Relief From Stay*, docket no. [88].

**IT IS FURTHER ORDERED** that:

(1) the Court waives the 14-day stay, under Fed.R.B.P. 4001(a)(3), of the effectiveness of the order granting relief; and

(2) Movant may attach as an exhibit to this Order a copy of the Iowa Avenue Property's description.

Dated: this 4th day of August, 2021.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
United States Bankruptcy Judge